Loren J. Lamphere, Respondent, v. Henry Finck and Albert Finck, Appellants, Impleaded with Others.— Motion to amend decision denied, with ten dollars costs. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

John J. Kinney, Respondent, v. John W. Kinney and Another, Appellants.— Motion for reargument denied, with ten dollars costs.

Louise Porter, Appellant, v. International Railway Company, Respondent.— Motion granted and appeal dismissed, with costs.

Martin L. Van Kirk, Respondent, v. First Society of Methodist Episcopal Church of Geneva, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Mary Debottis, Respondent, v. Frank Debottis, Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application of George M. Lundy for the Removal of Peter C. Foley as Mayor of the City of Olean.— Proceedings dismissed, with costs. Held, that this court has no jurisdiction to entertain the proceedings because the mayor of the city of Olean is not a town officer within the meaning of the charter. All concurred.

Francis Bacon, Individually and as Only Surviving Executor, etc., of Emma Bacon, Deceased, Appellant, v. Wellington K. Sayre and W. Frederic Bacon, as Executors, etc., of Weltha E. Sayre, Deceased, Respondents. George E. Zartman, as Trustee in Bankruptcy of Francis Bacon, Bankrupt, Respondent, v. Wellington K. Sayre and W. Frederic Bacon, as Executors, etc., of Weltha E. Sayre, Deceased, Respondents.— Order modified by granting motion requiring the plaintiff, Francis Bacon, to bring in George E. Zartman, as trustee, as a party defendant and providing that all proceedings in the action brought by George E. Zartman, as trustee, be stayed and enjoined until the action brought by Francis Bacon be tried and determined or otherwise disposed of, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred; Robson, J., not sitting.

Edward E. Ott, Respondent, v. Albert W. Ott, Appellant.— Judgment affirmed, with costs. All concurred, except Robson and Foote, JJ., who dissented.